**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES F. THOMSON, JR., dba AMERICAN SOUTHWEST ELECTRIC, a sole proprietorship,<br><br>                    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, dba WELLS FARGO BANK, N.A., a national banking association; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:26-cv-00085-ART-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND EMERGENCY BRIEFING SCHEDULE**<br><br>**[FIRST REQUEST]** |

Plaintiff James F. Thomson, Jr., dba American Southwest Electric ("Thomson") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective undersigned counsel, hereby stipulate to extend the deadline for the emergency briefing schedule based on the following:

1.      Plaintiff filed an Emergency Motion to Compel [ECF No. 6] and an Emergency Motion for Order to Show Cause [ECF No. 7] (the "Motions") on January 21, 2026.

2.      This Court issued a minute order [ECF No. 8] ordering Wells Fargo to file a response to each Motion by January 26, 2026.

3.      The Parties conferred on Friday, January 23, 2026 concerning newly-discovered

4903-4846-3498

information concerning the subject matter of Plaintiff's subpoena and lawsuit that could potentially obviate the need for the Court's involvement.

4. The Parties agree to an extension of the briefing deadlines to avoid expending unnecessary resources while they attempt to resolve or narrow their dispute.

5. This is the Parties' first request for an extension of the deadlines.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to modestly extend the deadline for Wells Fargo to file its Responses to the Motions up to and including January 29, 2026, and for Plaintiff to file its Replies up to and including February 2, 2026.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: January 23, 2026.                    Dated: January 23, 2026.


BROWNSTEIN HYATT FARBER          SNELL & WILMER L.L.P.
SCHRECK, LLP

By: /s/ *Travis F. Chance*               By: /s/ *Kelly H. Dove*
     Travis F. Chance, Esq.                   Kelly H. Dove, Esq.
     Nevada Bar No. 13800                     Nevada Bar No. 10569
     Ashley N. Schobert, Esq.                 Jennifer B. Lustig, Esq.
     Nevada Bar No. 16317                     Nevada Bar No. 9110
     100 North City Parkway, Suite 1600       1700 S. Pavilion Center Drive, Ste. 700
     Las Vegas, NV 89106-4614                 Las Vegas, Nevada 89135

     *Attorneys for Plaintiff*               *Attorneys for Defendant*
                                             *Wells Fargo Bank, N.A.*

2

4903-4846-3498

## ORDER

Good cause appearing, the Parties' Stipulation is hereby **GRANTED**. Wells Fargo shall have through and until January 29, 2026 to file its Responses to Plaintiffs' Motions and Plaintiff will have through and including February 2, 2026 to file its Replies.

**IT IS SO ORDERED**.

_____

UNITED STATES MAGISTRATE JUDGE

4903-4846-3498