Kelly H. Dove
Nevada Bar No. 10569
Jennifer B. Lustig
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
Telephone:    (702) 784-5200
Facsimile:    (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES F. THOMSON, JR., dba AMERICAN SOUTHWEST ELECTRIC, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, dba WELLS FARGO BANK, N.A., a national banking association; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00085-ART-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND EMERGENCY BRIEFING SCHEDULE**<br><br>**[SECOND REQUEST]** |

Plaintiff James F. Thomson, Jr., dba American Southwest Electric ("Thomson") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective undersigned counsel, hereby stipulate to extend the deadline for the emergency briefing schedule based on the following:

1.    Plaintiff filed an Emergency Motion to Compel [ECF No. 6] and an Emergency Motion for Order to Show Cause [ECF No. 7] (the "Motions") on January 21, 2026.

2.    This Court issued a minute order [ECF No. 8] ordering Wells Fargo to file a response

4903-4846-3498

to each Motion by January 26, 2026.

3.   The Parties conferred on Friday, January 23, 2026 concerning newly-discovered information regarding the subject matter of Plaintiff's subpoena and lawsuit that could potentially obviate the need for the Court's involvement.

4.   The Parties stipulated and agreed to an extension of the briefing deadlines to avoid expending unnecessary resources while they attempt to resolve or narrow their dispute.  [ECF No. 9.]

5.   The Court granted the Parties' stipulation, extending the deadline for Wells Fargo's Responses until January 29, 2026. [ECF No. 10.]

6.   Plaintiff needs additional time to investigate this new information, which information is in the hands of third parties and dependent on third-party responses.

7.   The Parties again stipulate and agree to a further extension of the briefing deadlines to avoid expending unnecessary resources while they continue to attempt to resolve or narrow their dispute.

8.   This is the Parties' second request for an extension of the deadlines.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1.   The Parties stipulate and agree to modestly extend the deadline for Wells Fargo to file its Responses to the Motions up to and including February 6, 2026, and for Plaintiff to file its Replies up to and including February 11, 2026.

/ / /

/ / /

/ / /

2

4903-4846-3498

2.     This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated:  January 29, 2026.                          Dated:  January 29, 2026.


BROWNSTEIN HYATT FARBER            SNELL & WILMER L.L.P.
SCHRECK, LLP


By:  */s/ Ashley N. Schobert*                    By: */s/ Kelly H. Dove*
    Travis F. Chance, Esq.                          Kelly H. Dove, Esq.
    Nevada Bar No. 13800                          Nevada Bar No. 10569
    Ashley N. Schobert, Esq.                          Jennifer B. Lustig, Esq.
    Nevada Bar No. 16317                          Nevada Bar No. 9110
    100 North City Parkway, Suite 1600          1700 S. Pavilion Center Drive, Ste. 700
    Las Vegas, NV 89106-4614                    Las Vegas, Nevada 89135

    *Attorneys for Plaintiff*                              *Attorneys for Defendant*
                                                                *Wells Fargo Bank, N.A.*


### ORDER

Good cause appearing, the Parties' Stipulation is hereby **GRANTED**.  Wells Fargo shall have through and until February 6, 2026 to file its Responses to Plaintiffs' Motions and Plaintiff will have through and including February 11, 2026 to file its Replies.


**IT IS SO ORDERED**.

DATED this 29th day of January, 2026.    _____
                                                            UNITED STATES DISTRICT JUDGE


Respectfully submitted by:

SNELL & WILMER LLP

By*:  /s/ Kelly H. Dove*
    Kelly H. Dove (SBN 10569)
    Jennifer B. Lustig (SBN 9110)
    *Attorneys for Defendant*

3

4903-4846-3498