**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES F. THOMSON, JR., DBA AMERICAN SOUTHWEST ELECTRIC,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION DBA WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 2:26-cv-00085-ART-NJK<br><br>**ORDER GRANTING**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41(1)(A)(i), Plaintiff James F. Thomson, Jr., dba American Southwest Electric ("*ASE*"), by and through its counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby gives notice of dismissal of this action. Defendant Wells Fargo Bank, National Association dba Wells Fargo Bank, N.A. ("*Wells Fargo*"), the only Defendant that has been served in this action, has not filed either an Answer or a Motion for Summary Judgment.

DATED: February 2, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: _/s/ Travis F. Chance_____
    TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
    ASHLEY N. SCHOBERT, ESQ., Nevada Bar No. 16317

    *Attorneys for Plaintiff*
    *JAMES F. THOMSON, JR., DBA AMERICAN SOUTHWEST*
    *ELECTRIC*

50108804.3

## ORDER

Accordingly, the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

_____

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: February 3, 2026

- 2 -

50108804.3