TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
ASHLEY N. SCHOBERT, ESQ., Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:    702.382.2101
Facsimile:    702.382.8135

*Attorneys for Plaintiff*
*JAMES F. THOMSON, JR., DBA AMERICAN SOUTHWEST*
*ELECTRIC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES F. THOMSON, JR., DBA AMERICAN SOUTHWEST ELECTRIC,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION DBA WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 2:26-cv-00085-ART-NJK<br><br>**UNOPPOSED MOTION TO RELEASE BOND** |

Plaintiff James F. Thomson, Jr., dba American Southwest Electric ("***ASE***"), by and through its counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, brings this Unopposed Motion to Release Bond and states as follows:

1.    On December 22, 2025, ASE filed an action in the Eighth Judicial District Court, in Clark County, Nevada, arising out of misdirected wire transfers to an unidentified Wells Fargo account holder ("***Doe 1***"). ECF No. 1-2.

2.    That same day, ASE filed an ex parte application for prejudgment writs of attachment and garnishment related to the misdirected wire funds. ECF No. 1-3 at 2–14.

3.    On December 23, 2025, the state court granted ASE's application and entered an order directing issuance of prejudgment writs of attachment and garnishment. *Id.* at 39–42.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

50355170

4. On January 6, 2026, as required by NRS 31.030 and the state court's December 23, 2025 order, ASE posted an undertaking on attachment and garnishment bond with the Clerk of the Eighth Judicial District Court in the amount of $349,527.07. *Id.* at 70–75.

5. On January 15, 2026, Wells Fargo removed the action to this Court. ECF No. 1.

6. On February 2, 2026, ASE voluntarily dismissed the action, and on February 3, 2026, the Court entered an order granting ASE's notice of voluntary dismissal and closing the case. ECF Nos. 14, 15.

7. Because the action has been voluntarily dismissed and the writ relief will not be pursued, there is no further purpose for the bond posted by ASE.

8. ASE therefore submits that the undertaking on attachment and garnishment bond posted by ASE on January 6, 2026, in the amount of $349,527.07, should be released.

9. The undersigned counsel certifies and represents that he conferred with counsel for Wells Fargo, who confirmed that Wells Fargo does not oppose this Motion and the relief requested.

DATED: February 18, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Travis F. Chance*
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
ASHLEY N. SCHOBERT, ESQ., Nevada Bar No. 16317
aschobert@bhfs.com

*Attorneys for Plaintiff*
*JAMES F. THOMSON, JR., DBA*
*AMERICAN SOUTHWEST ELECTRIC*

- 2 -

50355170

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

## ORDER

**IT IS THEREFORE ORDERED** that the undertaking on attachment and garnishment bond posted by ASE on January 6, 2026, in the amount of $349,527.07, is **RELEASED**.

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT COURT JUDGE

Dated:_____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

- 3 -

50355170

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **UNOPPOSED MOTION TO RELEASE BOND** was filed and/or served via electronic service on the 18th day of February, 2026, through the Court's CM/ECF System, to the following:

Kelly H. Dove, Esq.
Jennifer B. Lustig, Esq.
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV  89135
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

 */s/ Paula Kay*
an employee of Brownstein Hyatt Farber Schreck, LLP

- 4 -

50355170